HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re

AMANDA AJULUCHUKU

_____

AMANDA U. LEVY

                 Plaintiff,

     v.

STARBUCKS CORPORATION,

                 Defendant.

CASE NO. 05-5018 RBL

ORDER DENYING IFP AND
DISMISSING CASE

      THIS MATTER is before the Court on Plaintiff Amanda U. Levy's (f/k/a Ajuluchuku)

Motion for Leave to proceed in forma pauperis, and on the Court's own Motion following a Bar

Order entered against the Plaintiff in this case in 2005 [See Dkt. #1 in Cause No. 05-mc-

5018RBL].

      This is the second time this year Plaintiff has sought to invoke this court's jurisdiction

and sue IFP for alleged anthrax poisoning at a Starbucks store at LAX.  [*See* Dkt. #4]

1      There is no functional difference between the two cases.  This case, like the first is

2 frivolous on its face.  The Motion for leave to proceed IFP is DENIED and the case is

3 DISMISSED.

4      IT IS SO ORDERED.

5      Dated this 29th day of July, 2013.

6

7      _____

      RONALD B. LEIGHTON

8      UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24