HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re

AMANDA AJULUCHUKU

---

AMANDA U. LEVY

Plaintiff,

v.

STARBUCKS CORPORATION,

Defendant.

CASE NO. 05-5018 RBL

ORDER DENYING IFP AND DISMISSING CASE

THIS MATTER is before the Court on Plaintiff Amanda U. Levy's (f/k/a Ajuluchuku) Motion for Leave to proceed in forma pauperis, and on the Court's own Motion following a Bar Order entered against the Plaintiff in this case in 2005 [See Dkt. #1 in Cause No. 05-mc-5018RBL].

This is the second time this year Plaintiff has sought to invoke this court's jurisdiction and sue IFP for alleged anthrax poisoning at a Starbucks store at LAX. [*See* Dkt. #4]

There is no functional difference between the two cases. This case, like the first is frivolous on its face. The Motion for leave to proceed IFP is DENIED and the case is DISMISSED.

IT IS SO ORDERED.

Dated this 29th day of July, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE